**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PRIVATESKY AVIATION SERVICES,
INC.,

           Plaintiff,

v.                                 Case No:   6:25-cv-1845-JSS-LHP

JAMES HOPKINS, III , THOMAS
CARRIER, GREG BLANK and TONY
LEFEBVRE,

           Defendants

---

**ORDER AND ORDER TO SHOW CAUSE**

Before the Court are Plaintiff's Motion for Entry of Clerk's Default Against Defendant Thomas Carrier (Doc. No. 49) and Plaintiff's Motion for Entry of Clerk's Default Against Greg Blank (Doc. No. 50). Subsequently, Plaintiff filed a Corrected Motion for Entry of Clerk's Default Against Defendant Thomas Carrier (Doc. No. 51). Upon consideration, the first-filed motion related to Defendant Thomas Carrier (Doc. No. 49) will be **DENIED as moot**. The latter two motions (Doc. Nos. 50, 51) will be **DENIED without prejudice**.

First, the motions and accompanying returns of service are patently untimely, without explanation, in light of Plaintiff's representations that Thomas Carrier was

served on October 23, 2025, and Greg Blank was served on October 17, 2025.   *See* Local Rule 1.10(a), (b), (d).   Second, both motions fail to contain a certificate of conferral pursuant to Local Rule 3.01(g), despite the appearance of other Defendants in this case.   *See, e.g.*, Doc. Nos. 22, 42.

Accordingly, the motions (Doc. Nos. 50, 51) are **DENIED without prejudice**. It is **ORDERED** that within **twenty-one (21) days** of the date of this Order, Plaintiff shall **SHOW CAUSE** in writing why this matter should not be dismissed without prejudice against Defendants Thomas Carrier and Greg Blank for failure to comply with the Local Rules and timely seek default.   *See* Local Rule 1.10(a), (b), (d); *see also* Local Rule 3.10.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -